IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00932-WYD-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

TAMMY REGINA MALECKAS, an individual d/b/a Belemonti's of Calabria,
GABRIELA WATTS, an individual,
MARCELLA ARMAS, an individual, and
VANESSA ARMAS, an individual,

Defendants.

_____

**ORDER**
_____

Good cause having been shown,

IT IS ORDERED:

(1)     The Order to Show Cause [Doc. # 20] is DISCHARGED;

(2)     A supplemental scheduling conference is set for **September 10, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Absent further leave of court, counsel or any pro se litigant must appear at the scheduling conference in person.

(3)     The parties shall work together and submit a proposed scheduling order in the form of Appendix F.1, D.C.COLO.LCivR, on or before **September 3, 2012**.

Dated August 10, 2012.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge