IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 12-cv-0932-WYD-BNB | Date: December 20, 2012 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| KRISTIN MCINTOSH  **Plaintiff(s)** | Scott R. Dinin |
| v. | |
| TAMMY REGINA MALECKAS  GABRIELA WATTS  MARCELLA ARMAS  VANESSA ARMAS  **Defendant(s)** | Pro Se |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:37 a.m.

Appearance of counsel. Defendant Tammy Maleckas present pro se.

Argument presented on all pending Motions.

**ORDERED:** Plaintiff's Motions to Compel Discovery, docket numbers 30, 31, 33, 34, 35, and 36, are GRANTED.

Plaintiff's Motions to Compel Discovery re Tammy Maleckas, docket numbers 37 and 45, are DENIED as withdrawn.

Plaintiff's Motion to Compel the Filing of an Answer by Vanessa Armas, docket number 43, is DENIED as withdrawn.

Plaintiff's Motion to Compel the Filing of an Answer by Marcella Armas, in the Alternative Entry of an Order of Judicial Default, docket number 42, is TAKEN UNDER ADVISEMENT.

>Plaintiff's Motion to Compel the Filing of an Answer by Gabriela Watts, in the Alternative Entry of an Order of Judicial Default, docket number 41, is TAKEN UNDER ADVISEMENT.
>
>Economic sanctions are GRANTED. Counsel for the plaintiff is to submit an application for attorney's fees.

Court in Recess: 9:09 a.m.     Hearing concluded.     Total time in Court: 00:32

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119