IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00932-WYD-BNB

KRISTIN MCINTOSH,

Plaintiff,

v.

TAMMY REGINA MALECKAS, an individual d/b/a Belemonti's of Calabria,
GABRIELA WATTS, an individual,
MARCELLA ARMAS, an individual, and
VANESSA ARMAS, an individual,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown,

IT IS ORDERED:

(1)     The **Plaintiff's Motion to Modify Scheduling Order** [Doc. # 61] is GRANTED; and

(2)     The case schedule is modified to the following extent:

Discovery Cut-Off:                    June 11, 2013

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:         July 11, 2013

Expert Disclosures:

(a)     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 10, 2013

(b)     The parties shall designate all rebuttal experts and
provide opposing counsel with all information
specified in Fed. R. Civ. P. 26(a)(2) on or before
May 10, 2013

Final Pretrial Conference:  The final pretrial conference set for April 29, 2013, at

9:00 a.m., is VACATED and RESET to September 23, 2013, at 1:30 p.m., in Courtroom 401, 4th

floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final

Pretrial Order shall be prepared by the parties and submitted to the court no later than September

16, 2013.

DATED:  January 14, 2013