IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00932-WYD-BNB

KRISTIN MCINTOSH,

    Plaintiff,

v.

TAMMY REGINA MALECKAS, an individual, d/b/a BELEMONTI'S OF CALABRIA;
GABRIELA WATTS, an individual;
MARCELLA ARMAS, an individual; and
VANESSA ARMAS, an individual,

    Defendants.

## ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

THIS MATTER is before the Court on Plaintiff's Stipulation of Dismissal With Prejudice Solely as to Defendants Gabriela Watts, Marcella Armas, and Vanessa Armas filed March 14, 2013.  After a careful review of the Stipulation and file, it is

ORDERED that the Stipulation of Dismissal with Prejudice Solely as to Defendants Gabriela Watts, Marcella Armas, and Vanessa Armas is **APPROVED**. Defendants Gabriela Watts, Marcella Armas, and Vanessa Armas only are **DISMISSED WITH PREJUDICE** from the case and shall hereafter be taken off the caption.  Each party shall bear her own attorneys' fees and costs, except as otherwise provided by the parties pursuant to their Confidential Settlement Agreement.

Dated: March 26, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge