IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00932-WYD-BNB

KRISTIN MCINTOSH,

    Plaintiff,

v.

TAMMY REGINA MALECKAS, an individual,
  d/b/a BELEMONTI'S OF CALABRIA;

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant Tammy Maleckas' Motion for Summary Judgment filed on March 29, 2013 (ECF No. 74) is **STRICKEN** because it fails to comply with Section III.B.3 of my Practice Standards and D.C.COLO.LCivR. 10.1.D and E.  Defendant may refile the motion in compliance with my Practice Standards and the Local Rules within ten (10) days of this Minute Order.

    Dated:  April 1, 2013