IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00932-WYD-BNB

KRISTIN MCINTOSH,

    Plaintiff,

v.

TAMMY REGINA MALECKAS, an individual,
  d/b/a BELEMONTI'S OF CALABRIA;

    Defendant.

## ORDER

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice filed May 15, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice (ECF No. 83) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated:  May 16, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge